**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7111**

TYRELL DAVRON ANDERSON,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, for the State of
Maryland,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:05-cv-
02851-AMD)

Submitted: August 24, 2006          Decided: September 1, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrell Davron Anderson, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Anderson v. Sec'y Dep't Pub. Safety and Corr. Servs.</u>, No. 1:05-cv-02851-AMD (D. Md. May 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>